**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| FRANK RADOCHONSKI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:24-cv-13186 |
| ) | |
| BRANCH INSURANCE EXCHANGE, incorrectly ) | |
| sued as BRANCH FINANCIAL INC. D/B/A ) | |
| BRANCH INSURANCE EXCHANGE, ) | |
| ) | |
| Defendant. ) | |

## JOINT STATUS REPORT

Plaintiff, FRANK RADOCHONSKI, and Defendant, BRANCH INSURANCE EXCHANGE, incorrectly sued as BRANCH FINANCIAL INC. D/B/A BRANCH INSURANCE EXCHANGE ("Branch Insurance"), pursuant to the Court's Discovery and Pretrial Schedule Minute Entry, dated February 15, 2025, at ECF No. 17 ("Discovery Schedule and Pretrial Schedule"), state as follows for their Joint Status Report:

1. On February 15, 2025, this Honorable Court set forth the following deadlines in its Discovery and Pretrial Schedule:

- Rule 26(a)(1) disclosures are to be made by **3/31/2025**.

- A joint status report regarding the progress of discovery and any settlement discussions is to be filed on **4/18/2025.**

- The telephonic status hearing reset to **4/25/2025**.

- Initial written discovery requests are to be served by **4/30/2025**.

- The deadline for amending the pleadings and adding parties is **9/30/2025.**

- Fact discovery is to be completed by **12/31/2025.**

- Rule 26(a)(2) disclosures are to be served by **2/16/2026** by plaintiff, with depositions by **4/17/2026**, and by **6/10/2026** by defendants, with depositions by **8/10/2026.**

- The deadline for filing dispositive motions is **10/12/2026,** but the Court reserves the right to advance this date if the parties do not use experts.

2. Counsel for the parties have conferred and, pursuant to the Discovery and Pretrial Schedule, submit this Joint Status Report regarding the progress of discovery and the status of settlement discussions (if any).

3. Branch Insurance issued its Rule 26(a)(1) Disclosures to Plaintiff on March 31, 2025.

4. Plaintiff issued his Rule 26(a)(1) Disclosures to Branch Insurance on April 2, 2025.

5. Branch Insurance propounded its First Set of Interrogatories and Requests for Production to Plaintiff on April 17, 2025.

6. To date, there have been no settlement discussions.

7. Counsel for the parties have been diligently working to advance discovery in accordance with the deadlines set forth in this Court's Discovery and Pretrial Schedule.

Respectfully Submitted,

By: /s/ Michael J. O'Malley

One of the Attorneys for Defendant, Branch Insurance Exchange, incorrectly sued as Branch Financial Inc. d/b/a Branch Insurance Exchange

Michael J. O'Malley
Deba Alam

Wilson Elser Moskowitz Edelman & Dicker LLP
55 West Monroe Street - Suite 3800
Chicago, IL 60603
(312) 704-0550
michael.o'malley@wilsonelser.com
deba.alam@wilsonelser.com

                By: /s/ Michael L. Gallagher

                Attorney for Plaintiff, Frank Radochonski

Michael L. Gallagher
Gallagher Law Offices, LLC
161 N. Clark Street - Suite 3050
Chicago, IL 60601
(312) 910-5050
mlg@gallagherinjurylaw.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 18, 2025, I cause to be filed through the United States District Court CM/ECF System the foregoing document, causing it to be served by electronic means on all counsel of record.

      */s/ Michael J. O'Malley*
      Michael J. O'Malley